| | |
|---|---|
| DAVID M. TERKELTAUB<br>7231 Darby Downs<br>Elkridge, Maryland 21075<br><br>Plaintiff<br><br>v.<br><br>INTERMARINE, LLC<br>n/k/a ZEAMARINE AMERICAS, LLC<br>55 Waugh Drive, Suite 300<br>Houston, Texas 77007<br><br>SERVE: Michael R. Dumas<br>55 Waugh Drive, Suite 300<br>Houston, Texas 77007<br><br>And<br><br>ZEABORN SHIP MANAGEMENT GROUP<br>Ludwig-Erhard-Strasse 22<br>20459 Hamburg<br><br>SERVE: Rob Grool, Chief Executive Officer<br>Ludwig-Erhard-Strasse 22<br>20459 Hamburg<br><br>And<br><br>INDUSTRIAL MARITIME CARRIERS<br>1 Canal Place<br>365 Canal Street, Suite 2400<br>New Orleans, LA 70130<br><br>SERVE: Andre Grikitis, President/CEO<br>1 Canal Place<br>365 Canal Street, Suite 2400<br>New Orleans, LA 70130<br><br>And<br><br>MARITIME HOLDINGS, LLC<br>6711 Columbia Gateway Drive, Suite 300<br>Columbia, Maryland 21046 | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE CITY<br><br><br>Case No.: |

| | |
|---|---|
| SERVE: David L. Finch<br>6711 Columbia Gateway Drive,<br>Suite 300<br>Columbia, Maryland 21046<br><br>And<br><br>PROJEKT SCHIFFAHRTS 1 GmbH &<br>COMPANY KG<br>Zeissstrasse 1, 49733 Haren (Ems)<br>Germany<br><br>SERVE: Christoph Dehlau<br>Esplanade 23, 20354 Hamburg<br>Germany<br><br>And<br><br>AUERBACH BEREEDERUNG GMBH &<br>CO. KG<br>Esplanade 23, 20354 Hamburg<br>Germany<br><br>SERVE: Christoph Dehlau<br>Esplanade 23, 20354 Hamburg<br>Germany<br><br>Defendants | |

## COMPLAINT AND PRAYER FOR JURY TRIAL

Plaintiff, David M. Terkeltaub, by his attorneys, Paul D. Bekman, Bekman, Marder & Adkins, LLC, and Richard M. Bader, file this Complaint against the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG, and state as follows:

### COUNT ONE

#### Sec. 905(b) of the Longshoremen and Harbor Workers' Compensation Act

1. This cause of action arises under Sec. 905(b) of the Longshoremen and Harbor

Workers' Compensation Act.

2. That on April 17, 2018, the Plaintiff, David M. Terkeltaub, was employed by Ceres Marine Terminals as a longshoreman.

3. That on April 17, 2018, the Plaintiff, David M. Terkeltaub, along with a crew of other longshoremen were assigned to work aboard the M/S INDUSTRIAL GRACE, a merchant vessel of Liberian registry.

4. That the M/S INDUSTRIAL GRACE was owned, operated and controlled by the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG

5. That the said M/S INDUSTRIAL GRACE was a vessel within the meaning of Sec. 905(b) of the Longshoremen and Harbor Workers' Compensation Act.

6. That while the said M/S INDUSTRIAL GRACE was moored in the Baltimore Harbor the Plaintiff, David M. Terkeltaub, while working, was ascending a portable ladder provided by ship's personnel when aforesaid ladder, which was improperly secured and tethered, slipped from its position and fell to deck, causing the Plaintiff, David M. Terkeltaub to fall from the ladder and sustain serious and permanent injuries.

7. That solely by reason of negligence of the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG, and without negligence on his part, the Plaintiff, David M. Terkeltaub, was seriously and permanently injured; and the Plaintiff, David M. Terkeltaub, has required extensive medical care and attention and may require further medical care and attention;

and he has lost and may continue to lose large sums of money which he otherwise would have earned; and he has suffered and will continue to suffer severe pain and agony; and he will be permanently disabled as a result thereof.

8. All of Plaintiff's damages, losses and injuries were caused by the negligence, carelessness and recklessness of the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG, through their agents, servants and employees, in that they:

    a. Failed to provide Plaintiff with a safe and appropriately secured ladder;

    b. Failed to provide Plaintiff with a safe place in which to work;

    c. Failed to promulgate and enforce reasonable rules and regulations for the performance of work aboard the vessels in the area, so as to provide for the safety of the Plaintiff and other members of the longshoremen crew while performing their duties aboard said vessel;

    d. In causing and permitting the portable ladders of the vessel provided by the ship's crew to be in an unsafe, dangerous and hazardous condition;

    e. In failing to properly secure and tether the portable ladder provided to the Plaintiff and the longshoremen crew;

    f. In failing to provide proper access to the lower hold of the vessel;

    g. In failing to warn the Plaintiff of the then existing danger of an unsecure and non-tethered ladder;

    h. In failing to provide proper assistance, direction and supervision to install, secure and make safe the ladder provided to Plaintiff and his longshore crew;

 i. In providing an unsafe and inadequate ladder;

 j. In failing to provide a safe and accessible means for the Plaintiff and his longshore crew to the hold of the vessel; and

 k. Was otherwise careless, reckless and negligent.

9. The Plaintiff, David M. Terkeltaub, states that all of the injuries and damages were caused solely by the action of the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG, without any action of the Plaintiff thereunto contributing.

 WHEREFORE, Plaintiff, David M. Terkeltaub, demands judgment against the Defendants, Intermarine, LLC, Seaborn Ship Management Group, Maritime Holdings, LLC, Industrial Maritime Carriers, LLC, Maritime Holdings, LLC, Projekt Schiffahrts 1 GMBH & Company KG, and Auerbach Bereederung GMBH & Co. KG, in an amount exceeding Seventy-Five Thousand Dollars ($75,000.00) together with costs of this action.

_____
PAUL D. BEKMAN, CPF# 7201010013
BEKMAN, MARDER & ADKINS, LLC
300 W. Pratt Street, Suite 450
Baltimore MD 21201
410-539-6633
bekman@bmalawfirm.com

_____
RICHARD BADER
Bader & Cooper
201 N. Charles Street, Suite 2301
Baltimore, Maryland 21201
410-727-0360
rrnb36@comcast.net
*Attorneys for Plaintiffs*